IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

vs.                                     CRIMINAL CASE NO 3:09cr97DCB-LRA

SENECA O. MCFIELD and
SONIA MCFIELD

## ORDER GRANTING MOTION FOR CONTINUANCE

This day this cause came on for hearing upon motion by both defendants for continuance in the above styled and numbered cause and the grounds therefore being:

That this matter is set for trial on April 26, 2010. That on March 1, 2010, Attorney Aafram Sellers, attorney for Seneca O. McField, received additional discovery in this matter which consisted of banking records of the defendant which the government intends to use as evidence in the trial of this matter. That the number of banking records is voluminous and will require a substantial amount of time to review in preparation for trial and/or advise the Defendant of whether he should enter a guilty plea or proceed to trial in this case. Further, Attorney Rhonda Cooper, attorney for Sonia McField, was only recently made aware of the existence of the banking records that the government intends to use at trial and also needs additional time to review said records.

That the Defendants, after being fully advised of their rights pursuant to the Speedy Trial Act, hereby agree to this request and specifically waive the time period covered by this continuance, if granted, and further state that the request is not for delay.

Based upon the foregoing, the Court finds the defendants' motion is meritorious, and further finds that the ends of justice would best be served by granting the requested continuance insofar as the defendants' and the public's interest in a speedy and public

trial is concerned, and further finds that the failure to grant such continuance would result in a miscarriage of justice.

IT IS THEREFORE ORDERED AND ADJUDGED that the ends of justice are best served by granting the defendants' Motion for a Continuance of the cause, that the Court specifically finds that the granting of such continuance outweighs the best interest of the public and the defendant in a speedy public trial, and that failure to grant such continuance would likely result in a miscarriage of justice. The Court orders that this cause shall be continued from April 26, 2010 and is hereby reset for trial on June 1, 2010 at 9:00 a.m. in Jackson, Mississippi.

IT IS FURTHER ORDERED AND ADJUDGED, that all pretrial deadlines be adjusted as follows:

All dispositive motions shall be filed no later than May 20, 2010.

All non-dispositive motions shall be filed no later than May 6. 2010.

SO ORDERED, this the     16th    day of    April    , 2010.


                                                  s/ David Bramlette
                                                  DAVID C. BRAMLETTE, III
                                                  SENIOR UNITED STATES DISTRICT COURT JUDGE